AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|  |  |  |
|---|---|---|
| Sonya Nicole Ricketts, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No:9:25-cv-07219-JDA |
| | ) | |
| Commissioner of Social Security Administration | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other: Decision of the Commissioner is Reversed and the case is Remanded to the Commissioner
under Sentence Four 42 U.S.C. §405(g) for further action consistent with the findings of the Report
and Recommendation.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Jacquelyn D. Austin, United States District Judge.

Date:   August 13, 2026

*CLERK OF COURT*

S/ Trudy Alston-Simmons

*Signature of Clerk or Deputy Clerk*